UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

TRACIE TONISIA LOVE,   Chapter 7
                       Case No. 13-49628-wsd
        Debtor.        Hon. Walter Shapero
_____/

MICHIGAN DEPARTMENT OF HUMAN
SERVICES,

        Plaintiff,     Adv. Pro. No. 13-4883-wsd
v                      Hon. Walter Shapero

TRACIE TONISIA LOVE,

        Defendant.
_____/

**CERTIFICATION OF NON-RESPONSE TO MICHIGAN DEPARTMENT OF HUMAN SERVICES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Travis M. Comstock, Assistant Attorney General, on behalf of Plaintiff Michigan Department of Human Services, certifies as follows:

1. I make this certification on personal knowledge, and if called as a witness can testify to the facts herein.

2. On January 31, 2014, I caused a Motion for Partial Summary Judgment under Fed. R. Bankr. P. 7056, Brief in Support of Motion, and a Notice and Opportunity for Hearing on the Motion (Docket No. 17) to be electronically filed and served upon Defendant Tracie Tonisia Love and her appointed counsel. (Exhibit 1, Proof of Service (Docket No. 17, p. 42).)

3. A review of the docket in this adversary proceeding shows that the Defendant has not timely filed and served a response or objection to the relief requested.

4. The lack of a timely response justifies the entry of the Order Granting Plaintiff Michigan Department of Human Services' Motion for Judgment on the Pleadings (attached as Exhibit 2) pursuant to LBR 9014-1(c).

    Respectfully submitted,

    Bill Schuette
    Attorney General

    /s/ Travis Comstock (P72025)
    Travis M. Comstock
    Assistant Attorney General
    Health, Education & Family
    Services Division
    P.O. Box 30758
    Lansing, MI 48909
    (517) 373-7700
    Email: comstockt@michigan.gov

Dated: February 28, 2014

2

13-04883-wsd    Doc 18    Filed 02/28/14    Entered 02/28/14 14:31:09    Page 2 of 7

# Exhibit 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

TRACIE TONISIA LOVE,   Chapter 7
   Case No. 13-49628-wsd
      Debtor.   Hon. Walter Shapero
_____/

MICHIGAN DEPARTMENT OF HUMAN
SERVICES,

      Plaintiff,   Adv. Pro. No. 13-4883-wsd
v   Hon. Walter Shapero

TRACIE TONISIA LOVE,

      Defendant.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I electronically filed Plaintiff Michigan Department of Human Services' Motion for Partial Summary Judgment and Brief in Support with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

      /s/ Travis Comstock
      Travis Comstock (P72025)
      Assistant Attorney General
      Attorney for Plaintiff Michigan
      Department of Human Services
      Health, Education & Family
      Services Division
      P.O. Box 30758
      Lansing, MI 48909
      (517) 373-700
      comstockt@michigan.gov

# Exhibit 2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

TRACIE TONISIA LOVE,                        Chapter 7
                                                       Case No. 13-49628-wsd
                Debtor.                             Hon. Walter Shapero
_____/

MICHIGAN DEPARTMENT OF HUMAN
SERVICES,

                Plaintiff,                         Adv. Pro. No. 13-4883-wsd
v                                                          Hon. Walter Shapero

TRACIE TONISIA LOVE,

                Defendant.
_____/

## [PROPOSED] ORDER GRANTING MICHIGAN DEPARTMENT OF HUMAN SERVICES' MOTION FOR PARTIAL SUMMARY JUDGMENT

       This matter has come before the Court on a Motion for Partial Summary Judgment (Fed. R. Civ. P. 56(c); Fed. R. Bankr. P 7056) filed by Plaintiff Michigan Department of Human Services. The Department's motion being properly filed and served, notice of the opportunity to file a response provided, the Defendant Tracie Tonisia Love failing to timely respond or take other permissible action, and the Court otherwise being fully advised in the premises;

       **IT IS HEREBY ORDERED** that Plaintiff' Michigan Department of Human Services' Motion for Partial Summary Judgment is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff Michigan Department of Human Services is granted a JUDGMENT in the total amount of $5,896.00.

**IT IS FURTHER ORDERED** that Defendant Tracie Tonisia Love's debt to the Michigan Department of Human Services is excepted under 11 U.S.C. § 523(a)(2)(A), § 523(a)(2)(B), and [or] § 523(a)(5) from Love's discharge entered in Bankr. Case No. 13-49628 (Doc. No. 31);